Susan M. Zoeller, *pro hac vice*
Peter T. Tschanz, *pro hac vice*
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN  46204-3535
Office:  (317) 236-1313
susan.zoeller@btlaw.com
peter.tschanz@btlaw.com

Attorneys for Defendant Criminal 411

Paul Alan Relich
8230 East Broadway Blvd., Suite E-8 Tucson, AZ 85710
Office  520-382-2800
par@rlich.com

Attorney for Allstaff Services, Inc.

Floyd W. Bybee 85226-4687
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Suite 5
Chandler, AZ  85226-4687
Office:  (480) 756-8822
floyd@bybeelaw.com

Gregory Gorski, *pro hac vice*
**FRANCIS & MAILMAN**
100 S. Broad St., 19th Floor
Philadelphia, PA  19110
Office:  (215) 735-8600
ggorski@consumerlawfirm.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Ward, | Civil Action No. 2:13-cv-00987-SRB |
| Plaintiff, | **JOINT MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT RULE 16 CONFERENCE** |
| v. | |
| 24/7 Background Check, LLC, d/b/a Criminal 411; and; Allstaff Services, Inc. | |
| Defendants. | |

Plaintiff, Christopher Ward ("Plaintiff"), by counsel, and Defendant, 24/7 Background Check, LLC d/b/a Criminal 411, ("Criminal 411"), by counsel, (collectively "the parties") respectfully request that their lead counsel, Gregory Gorski and Peter T. Tschanz, be permitted to appear telephonically at the Rule 16 Conference, currently scheduled for November 25, 2013. The parties also note that Plaintiff's counsel intends to file a Motion requesting that the Court vacate and reschedule the current Rule 16 Conference for a later date.  In the event Plaintiff's Motion is granted, the parties respectfully request that they be permitted to appear telephonically for any subsequently re-scheduled Rule 16 Conference in this matter.  As grounds for this Joint Motion, the parties state:

1. Plaintiff's lead counsel's office is in Philadelphia, Pennsylvania. As such, it would be burdensome and costly for lead counsel to travel from Philadelphia, Pennsylvania to Arizona for the Rule 16 Conference in this matter.

2. Criminal 411's lead counsel's office is in Indianapolis, Indiana.  It likewise would be burdensome and costly for lead counsel to travel from Indianapolis, Indiana to Arizona for the Rule 16 Conference.

3. The parties assure the Court that their lead counsel will meaningfully participate by phone.  The telephonic appearance of the parties' lead counsel will not prejudice any party and will not hamper the efficient running of the Rule 16 Conference.  Counsel for Defendant Allstaff Services, Inc. ("Allstaff") has indicated that Allstaff has no objection to this Joint Motion.

Wherefore, Plaintiff and Defendant jointly respectfully request leave to allow their lead counsel to appear at the Rule 16 Conference via telephone.

Dated:  October 10, 2013

|  | s/ Peter T. Tschanz |
|---|---|

Susan M. Zoeller
Peter T. Tschanz
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:     (317) 236-1313
Facsimile:     (317) 231-7433
Email:  peter.tschanz@btlaw.com

*Attorneys for Defendant Criminal 411*

*s/ Gregory Gorski*
Gregory Gorski
**FRANCIS & MAILMAN**
100 S. Broad St., 19th Floor
Philadelphia, PA 19110
ggorski@consumerlawfirm.com


Floyd W. Bybee 85226-4687
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Suite 5
Chandler, AZ  85226-4687
Office:  (480) 756-8822
floyd@bybeelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul Relich – par@relich.com

*s/ Peter T. Tschanz*