Susan M. Zoeller, *pro hac vice*
Peter T. Tschanz, *pro hac vice*
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN  46204-3535
Office:  (317) 236-1313
susan.zoeller@btlaw.com
peter.tschanz@btlaw.com

Attorneys for Defendant Criminal 411

Paul Alan Relich (Arizona Bar No. 10701)
Law Offices of Paul A. Relich, P.C.
8230 East Broadway Blvd., Suite E-8
Tucson, AZ 85710
Office  520-382-2800
par@relich.com

Attorney for Allstaff Services, Inc.

Floyd W. Bybee 85226-4687
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Suite 5
Chandler, AZ  85226-4687
Office:  (480) 756-8822
floyd@bybeelaw.com

Gregory Gorski, *pro hac vice*
**FRANCIS & MAILMAN**
100 S. Broad St., 19th Floor
Philadelphia, PA  19110
Office:  (215) 735-8600
ggorski@consumerlawfirm.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Ward,<br><br>                    Plaintiff,<br><br>v.<br><br>24/7 Background Check, LLC, d/b/a Criminal 411; and; Allstaff Services, Inc.<br><br>                    Defendants. | Civil Action No. 2:13-cv-00987-SRB<br><br>**JOINT MOTION TO EXTEND LIABILITY DISCOVERY DEADLINE (FIRST REQUEST)** |

Plaintiff, Christopher Ward ("Plaintiff"), by counsel, and Defendant, 24/7 Background Check, LLC d/b/a Criminal 411, ("Criminal 411"), by counsel, (collectively "the parties") respectfully request an enlargement of the liability discovery deadline. As grounds for this Joint Motion, the parties state:

1. The current deadline for liability discovery is June 16, 2014, and the dispositive motion deadline currently is September 16, 2014.

2. The parties have exchanged written discovery and have been discussing an early resolution to this matter. As such, the parties respectfully request that the Court enlarge the discovery deadline up to and including July 31, 2014. The requested extension will allow the parties to avoid the costs associated with taking and defending depositions while they attempt to reach an amicable resolution in the next month. The requested extension also will not impact the current dispositive motion deadline or otherwise delay a trial in this matter.

3. Counsel for Defendant Allstaff Services, Inc. ("Allstaff") has indicated that Allstaff has no objection to this Joint Motion.

4. This Motion is for good cause and not being filed for purposes of unnecessary delay.

Wherefore, the parties jointly respectfully request that the Court extend the liability discovery deadline up to and including July 31, 2014.

Dated: May 12, 2014.

| | |
|---|---|
| 1 | *s/ Peter T. Tschanz*<br>Susan M. Zoeller |
| 2 | Peter T. Tschanz<br>**BARNES & THORNBURG LLP** |
| 3 | 11 South Meridian Street<br>Indianapolis, Indiana  46204 |
| 4 | Telephone:    (317) 236-1313<br>Facsimile:    (317) 231-7433 |
| 5 | Email:  peter.tschanz@btlaw.com |
| 6 | *Attorneys for Defendant Criminal 411* |

*s/ Gregory Gorski*
Gregory Gorski
(consented to filing via email on May 1, 2014)
**FRANCIS & MAILMAN**
100 S. Broad St., 19th Floor
Philadelphia, PA 19110
ggorski@consumerlawfirm.com

Floyd W. Bybee 85226-4687
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Suite 5
Chandler, AZ  85226-4687
Office:  (480) 756-8822
floyd@bybeelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 12th day of May, 2014 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Paul Relich – par@relich.com

*s/ Peter T. Tschanz*